

FILE COPY

RE: Case No. 15-0799                                    DATE: 12/14/2015
    COA #: 12-14-00016-CV      TC#: 3-41887
STYLE: JUAN ENRIQUEZ
    v. RICK THALER, BRAD LIVINGSTON, OLIVER BELL, TODD
    FOXWORTH, JOHN RUPERT, AND REYNALDO CASTRO

Today the Supreme Court of Texas granted the second motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. **The Petition was filed in our office on December 11, 2015.**

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702